UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JORGE TOLEDO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 21-1286 (RJL) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**ORDER**
(November 17, 2022) [Dkts. #12, 14]

For the reasons set forth in the Memorandum Opinion accompanying this Order, it is hereby

**ORDERED** that defendants' [Dkt. #14] Cross-Motion for Summary Judgment is hereby **GRANTED**; and it is further

**ORDERED** that plaintiff's [Dkt. #12] Motion for Summary Judgment is hereby **DENIED**.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge